UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00268-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JUAN GABRIEL RIVERA-DELGADO,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on August 16, 2011.  A Change of Plea hearing is set for **Tuesday, October 25, 2011 at 10:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  August 17, 2011