UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00268-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JUAN GABRIEL RIVERA-DELGADO,

    Defendant.

---

## MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the court, the Change of Plea hearing set for Monday, December 12, 2011 at 11:00 a.m. is **VACATED** and **RESET** for **Thursday, December 15, 2011, at 9:00 a.m., in courtroom A-1002.   Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**.   **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:   December 9, 2011.